No. 86–5065.   GIBBS v. PHELPS, SECRETARY, LOUISIANA DE-
PARTMENT OF CORRECTIONS, ET AL.   C. A. 5th Cir.   Certiorari
denied.

No. 86–5066.   ANDERSON v. NEW YORK.   App. Div., Sup. Ct.
N. Y., 2d Jud. Dept.   Certiorari denied.

No. 86–5067.   CUEVAS-MORALES v. UNITED STATES.   C. A.
1st Cir.   Certiorari denied.

No. 86–5069.   FORD v. SALTZMAN ET AL.   C. A. 8th Cir.
Certiorari denied.

No. 86–5070.   BIRDEN v. ORLANDO ET AL.   C. A. 2d Cir.
Certiorari denied.

No. 86–5071.   WHITE v. UNITED STATES.   Ct. App. D. C.
Certiorari denied.

No. 86–5072.   THOMAS v. UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 86–5074.   CREEL v. McCOTTER, DIRECTOR, TEXAS DE-
PARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 86–5078.   STREETER v. JEFFERSON COUNTY, ALABAMA,
ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 86–5079.   McINTYRE v. DEPARTMENT OF TRANSPORTA-
TION, FEDERAL AVIATION ADMINISTRATION.   C. A. Fed. Cir.
Certiorari denied.

No. 86–5080.   SCHATZ v. RISLEY, WARDEN, ET AL.   C. A. 9th
Cir.   Certiorari denied.

No. 86–5083.   WRIGHT v. YACKLEY.   C. A. 8th Cir.   Certio-
rari denied.

No. 86–5084.   BARBER v. MASSACHUSETTS.   Sup. Jud. Ct.
Mass.   Certiorari denied.

No. 86–5085.   OLIVER v. DUGGER, SUPERINTENDENT, FLOR-
IDA STATE PRISON, ET AL.   C. A. 11th Cir.   Certiorari denied.